UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| Case No. | **CV 11-10163 DMG (AJWx)** | Date | January 18, 2012 |
|---|---|---|---|

| Title | ***Richard Dauglash, et al. v. Wells Fargo Bank, N.A., et al.*** | Page | 1 of 1 |
|---|---|---|---|

Present: The Honorable   DOLLY M. GEE, UNITED STATES DISTRICT JUDGE

| VALENCIA VALLERY | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff(s) | Attorneys Present for Defendant(s) |
|---|---|
| None Present | None Present |

**Proceedings:   IN CHAMBERS—ORDER TO SHOW CAUSE WHY THIS ACTION
SHOULD NOT BE REMANDED TO LOS ANGELES COUNTY
SUPERIOR COURT**

On December 7, 2011, Defendant Wells Fargo Bank, N.A. ("Wells Fargo") removed this action from state court on the basis of diversity jurisdiction.

Citing *Wachovia Bank v. Schmidt*, 546 U.S. 303, 126 S.Ct. 941, 163 L.Ed.2d 797 (2006), Wells Fargo asserts that, as a national banking association, it is solely a citizen of the state in which its main headquarters are located.  (Notice of Removal at 3; Doc. # 1.)  Thus, Wells Fargo maintains that it is solely a citizen of South Dakota because its articles of association designate its headquarters in Sioux Falls, South Dakota.  (*Id.*)  *Schmidt*, however, expressly declined to hold that a national banking association's citizenship is limited to the state in which its main office is located as set forth in its articles of association.  546 U.S. at 315 n.8.

On January 13, 2012, this Court issued a decision in *Rouse v. Wells Fargo Bank, N.A.*, Case No. CV 11-928-DMG (DTBx) [Doc. # 43], in which it found that because Wells Fargo's principal place of business is in California, it is a citizen of the state of California.  The Court thereupon remanded the case to state court.

Therefore, Wells Fargo is **ORDERED TO SHOW CAUSE** why this action should not be remanded for lack of diversity jurisdiction pursuant to the Court's reasoning in *Rouse*, *supra*. Wells Fargo shall file its response on or before **February 1, 2012**.  All deadlines and motions are stayed pending resolution of the jurisdictional issue.

**IT IS SO ORDERED.**